## (September 10, 1974)

■ VITO J. CLINCO, JR., et al., Respondents, v. CARVEL CORPORATION et al., Defendants, and TOM CARVEL et al., Appellants.— Order of the Supreme Court, Nassau County, dated March 7, 1974, affirmed as to appellant Tom Carvel, with $20 costs and disbursements. No opinion. Appeal from the same order severed as to appellant George Clark, now deceased, without costs. Gulotta, P. J., Hopkins, Shapiro, Cohalan and Munder, JJ., concur.

■ PATRICIA COADY, as Administratrix of the Estate of WILLIAM J. COADY, Deceased, Appellant, v. WYCKOFF HEIGHTS HOSPITAL et al., Respondents.— In an action for wrongful death, plaintiff appeals, as limited by her brief, from so much of a judgment of the Supreme Court, Kings County, entered March 1, 1973, as is in favor of defendants Wyckoff Heights Hospital and Nestor Jacobo, upon a jury verdict. Judgment affirmed insofar as appealed from, with costs. No opinion. Upon the stipulation of the attorneys for appellant and for respondent Anthony J. Stalkus, dated August 5, 1974, appeal from the above-mentioned judgment is deemed discontinued as to said respondent, without costs. Gulotta, P. J., Hopkins, Shapiro, Cohalan and Munder, JJ., concur.

■ JAMAICA SAVINGS BANK, Plaintiff, v. SYLVESTER AUSTIN et al., Defendants; PUBLIC SERVICE MUTUAL INSURANCE COMPANY, Interpleader-Defendant-Appellant, and HONEY PROPERTIES, INC., Interpleader-Defendant-Respondent. — Order of the Supreme Court, Queens County, dated October 16, 1973, affirmed insofar as appealed from, without costs. Not having been made a party in the mortgage foreclosure action, appellant may of course execute against the property on its judgment. Gulotta, P. J., Hopkins, Shapiro, Cohalan and Munder, JJ., concur.